# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-2019
LT Case No. 16-2024-CF-10886-A

_____

LEBRON SAKHAEL JACOBS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charle Cofer, Public Defender, and Adam Beaugh, Assistant
Public Defender, Jacksonville, for Petitioner.

No Appearance for Respondent.

July 31, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the June 1, 2026 judgment and sentence
rendered in Case No. 16-2024-CF-10886-A, in the Circuit Court in
and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____